AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Juan Pablo Solis-Desiderio | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:   3:23-cr-0514-LR<br><br>Ralph Cordova, CJA<br>Defendant's Attorney |

**REGISTRATION NO.**   48860510

The Defendant:

☒ pleaded guilty to count(s)   One of the Information

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8:1325(a)(1) | IMPROPER ENTRY BY AN ALIEN (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   Two of the information   is   dismissed on the motion of the United States.

☒ Assessment : $10.00
Pursuant to the motion of the United States under 18 USC 3573, the special assessment provided for under 18 USC 3013 is waived and remitted as uncollectible.

☒ No fine   ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 27, 2023
Date of Imposition of Sentence

HON. Lupe Rodriguez, Jr.
UNITED STATES MAGISTRATE JUDGE

**FILED**
MAR 2 7 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

3:23-cr-0514-LR

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

DEFENDANT: Juan Pablo Solis-Desiderio
CASE NUMBER: 3:23-cr-0514-LR

Judgment - Page **2** of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
TIME SERVED

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ P.M. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ on or before
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

3:22-cr-02101

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 23-cr-00514-LR |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Juan Pablo Solis-Desiderio | Booking No. 48860510 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  3/27/2023
the Court entered the following order:

| | |
|---|---|
| X | Defendant be released from custody. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| | Defendant released on _____ Bond posted. |
| | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| X | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Case dismissed, charges pending in case no. |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| | Other. |

LUPE RODRIGUEZ, JR.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

3/27/23
Electronically Sent to USMS

JOHN MORRILL, Clerk of Court

by  Teresa A. Romero  760-339-4248

Crim-9 (Rev. 05/20)
Original

**Teresa Romero**

**From:**
**To:**
**Sent:** Monday, March 27, 2023 3:46 PM
**Subject:** Read: 23cr00514-LR Juan Pablo Solis-Desiderio abstract

Your message

   To: ELC_Releases
   Subject: 23cr00514-LR Juan Pablo Solis-Desiderio abstract
   Sent: Monday, March 27, 2023 6:40:53 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Monday, March 27, 2023 6:46:13 PM (UTC-05:00) Eastern Time (US & Canada).

1